**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

------------------------------------------------------------------ x

HARON COLE, on behalf of hinself and all :     Case No.: 1:26-cv-1391
others similarly situated,     :

                           :

            Plaintiffs,     :

                           :     **NOTICE OF VOLUNTARY**
           v.                     **DISMISSAL WITH**
                                           **PREJUDICE**

Hint, Inc.,     :

            Defendant.     :

                           :

                           :

                           :

------------------------------------------------------------------ x

     **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

     Dated: April 1, 2026

                                        EQUAL ACCESS LAW GROUP, PLLC
                                        *Attorneys for Plaintiff*

                                        **/s/ Alison Chan**

                                        By: Alison Chan, Esq.
                                        4903 Avenue N,
                                        Brooklyn, NY 11234
                                        O: 844-731-3343
                                        D: 929-442-2154
                                        Email: Achan@ealg.law